FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 10, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGG SCHUMACHER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, an Illinois Corporation,<br><br>    Defendant. | No. 4:22-CV-05115-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

    Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice and Without Fees and Costs, ECF No. 14. Plaintiff is represented by Tyler A. Roberts and Dylan S. Jones. Defendant is represented by Dylan R. Knapp and Rory W. Leid, III.

    Plaintiff and Defendant stipulate to the dismissal of the instant lawsuit with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

//

//

//

//

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss with Prejudice and Without Fees and Costs, ECF No. 14, is **GRANTED**.

2. The above-captioned action is **DISMISSED with prejudice**, with each party to bear their own costs, attorneys' fees and expenses.

**IT IS SO ORDERED**. The Clerk of the Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 10th day of April 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**